**Rod Danielson**
**Chapter 13 Trustee**
**4361 Latham Street, Suite 270**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br><br>GARY WAYNE YOUNG, SR.<br><br>SONYA MARIE YOUNG<br><br>Debtor(s). | Case No.: 6:09-bk-15501-TD<br><br>NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 CASE<br>[ 11 U.S.C 1307(c) ]<br><br>( No Date Set ) |

TO DEBTOR, COUNSEL, CREDITORS AND ALL OTHER INTERESTED PARTIES:

Notice is hereby given that the Chapter 13 Trustee hereby withdraws his Motion To Dismiss dated 7/6/2009.

Date:   9/10/2009

_____
Rod Danielson, Chapter 13 Trustee

FG:168